**EXHIBIT "1"**

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

773094_2.doc

# NEVADA STATE BANK
## Account Structure



### STAND ALONE ACCOUNTS



# Bank of America
## Account Structure

**Automated Investment Sweep – Currently not Active**

## Stand Alone Accounts

```
1...10121.001                                                    7409

B & BB Inc.
General Checking Account

• Business General Checking
• ACH Fraud Filter – Review
• Wire/Book Transfers                • Statements & Notices
• Previous Day Balance & Detail Rptg • Checks Paid
```

| 1...10126.001   3996 | 1...10126.011   4002 | 2...10126.002   8903 | 2...10126.012   8911 | 4...10122.001   4377 |
|---|---|---|---|---|
| RBG, LLC | Virgin River | RBG, LLC | RBG, LLC | RBG, LLC |
| Pari-Mutuel Trnsfr | Pari-Mutuel Holding | Pari-Mutuel Holding | Pari-Mutuel Trnsfr | Money Market Account |
| • Stand Alone Account<br>• ACH Fraud Filter<br>• Wire/Book Transfers<br>• Balance & Detail Reporting<br>• Statements & Notices<br>• Payment Auth set at zero. | • Stand Alone Account<br>• ACH Fraud Filter<br>• Wire/Book Transfers<br>• Balance & Detail Reporting<br>• Statements & Notices<br>• Payment Auth set at zero | • Stand Alone Account<br>• ACH Fraud Filter<br>• Wire/Book Transfers<br>• Balance & Detail Reporting<br>• Statements & Notices<br>• Payment Auth set at zero. | • Stand Alone Account<br>• ACH Fraud Filter<br>• Wire/Book Transfers<br>• Balance & Detail Reporting<br>• Statements & Notices<br>• Payment Auth set at zero | • Stand Alone Account |



# Bank of Nevada
## Account Structure

# Stand Alone Accounts

```
1...10121.004        5453
     B&BB, INC
   General Checking

• Stand Alone Account
• Balance & Detail Reporting
• Statements & Notices
```

```
1...10122.002        8931
     B&BB, INC.
    Money Market

• Stand Alone Account
• Balance & Detail Reporting
• Statements & Notices
```