**EXHIBIT "2"**

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

773094_2.doc

# NEVADA STATE BANK
## Account Structure



### STAND ALONE ACCOUNTS



# Bank of America
## Account Structure

**Automated Investment Sweep –
Currently not Active**

↓

# Stand Alone Accounts

---

1...10121.001                                                                 7409

B & BB Inc.
General Checking Account

- Business General Checking
- ACH Fraud Filter – Review
- Wire/Book Transfers
- Previous Day Balance & Detail Rptg
- Statements & Notices
- Checks Paid

---

| 1...10126.001    3996 | 1...10126.011    4002 | 2...10126.002    8903 | 2...10126.012    8911 | 4...10122.001    4377 |
|---|---|---|---|---|
| RBG, LLC<br>Pari-Mutuel Trnsfr | Virgin River<br>Pari-Mutuel Holding | RBG, LLC<br>Pari-Mutuel Holding | RBG, LLC<br>Pari-Mutuel Trnsfr | RBG, LLC<br>Money Market Account |
| • Stand Alone Account<br>• ACH Fraud Filter<br>• Wire/Book Transfers<br>• Balance & Detail Reporting<br>• Statements & Notices<br>• Payment Auth set at zero. | • Stand Alone Account<br>• ACH Fraud Filter<br>• Wire/Book Transfers<br>• Balance & Detail Reporting<br>• Statements & Notices<br>• Payment Auth set at zero | • Stand Alone Account<br>• ACH Fraud Filter<br>• Wire/Book Transfers<br>• Balance & Detail Reporting<br>• Statements & Notices<br>• Payment Auth set at zero. | • Stand Alone Account<br>• ACH Fraud Filter<br>• Wire/Book Transfers<br>• Balance & Detail Reporting<br>• Statements & Notices<br>• Payment Auth set at zero | • Stand Alone Account |

# Wells Fargo Bank
## Account Structure

