**EXHIBIT "1"**

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101900-001/773028_3

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
Email: tgray@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re:<br><br>BLACK GAMING, LLC<br><br>☐ Affects this Debtor.<br>☐ Affects all Debtors.<br>☐ Affects VIRGIN RIVER CASINO CORPORATION<br>☒ Affects B & BB, INC.<br>☐ Affects R. BLACK, INC.<br>☒ Affects RBG, LLC<br>☐ Affects CASABLANCA RESORTS, LLC<br>☐ Affects OASIS INTERVAL OWNERSHIP, LLC<br>☐ Affects OASIS INTERVAL MANAGEMENT, LLC<br>☒ Affects OASIS RECREATIONAL PROPERTIES, INC. | Case No.: BK-_____; Chapter 11<br>Jointly Administered with:<br><br>Virgin River Casino Corporation<br>B & BB, Inc.<br>R. Black, Inc.<br>RBG, LLC<br>Casablanca Resorts, LLC<br>Oasis Interval Ownership, LLC<br>Oasis Interval Management, LLC<br>Oasis Recreational Properties, Inc.<br><br>Date:<br>Time: |
|---|---|

**ORDER GRANTING EMERGENCY MOTION FOR ORDER (I) AUTHORIZING THE DEBTORS TO PAY WAGES, SALARIES, BENEFITS, REIMBURSABLE BUSINESS EXPENSES, AND OTHER EMPLOYEE OBLIGATIONS, AND (II) AUTHORIZING AND DIRECTING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS**

- 1 -

101900-001/773029_2

B & BB, Inc. d/b/a Virgin River Hotel Casino & Bingo, a Nevada corporation ("BBB"), RBG, LLC d/b/a CasaBlanca Resort & Casino, a Nevada limited liability company ("RBG"), and Oasis Recreational Properties, Inc., a Nevada corporation ("Oasis Rec," and collectively with the foregoing entities, the "Debtors") submitted their <u>Emergency Motion For Order (I) Authorizing The Debtors To Pay Wages, Salaries, Benefits, Reimbursable Business Expenses, And Other Employee Obligations, And (II) Authorizing And Directing Financial Institutions To Honor And Process Checks And Transfers Related To Such Obligations</u> (the "Motion").[1]

The Motion came on for hearing before the above-captioned Court and Debtors appearing by and through their proposed counsel, the law firm of Gordon Silver, and all other appearances were noted in the record. The Court reviewed the Motion and the other pleadings and papers on file, and heard and considered the argument of counsel. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 9014. It appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, and their creditors, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Motion is granted;

2. Debtors are authorized to honor all of their prepetition obligations with respect to their Employees arising in the ordinary course of their businesses, including, without limitation: (A) authorizing but not requiring the Debtors to pay and in their sole discretion (i) Wage Obligations to their Employees up to the $10,950.00 statutory cap per Employee in 11 U.S.C. § 507(a)(4) only; (ii) Garnishments; (iii) to make Employee Benefit Contributions or payments to or for the benefit of their Employees with respect to the Employee Benefit Plans; (iv) to pay all

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

- 2 -

101900-001/773029_2

costs incident to Prepetition Compensation and employee benefit contributions such as payroll-related taxes and processing costs; (v) to honor Vacation Accruals; (vi) to reimburse Employees for Reimbursable Business Expenses, all in accordance with the stated policies with respect thereto; and (vii) to settle and to pay workers' compensation claims, and maintain deposits, surety bonds and excess insurance; and (B) authorizing all applicable banks and other financial institutions to receive, process, honor and pay any and all checks related to the foregoing, including specifically those drawn from the Accounts, whether presented prior to or after the Petition Date in accordance with the stated policies with regard thereto, provided sufficient funds exist in Debtors' accounts to cover such payment;

3. Any objections to final or remaining relief in the Motion shall be in writing and filed by March ___, 2010 (the "Objection Deadline"). Any replies to oppositions shall be filed by March ___ 2010, (the "Reply Deadline"). If any objections are filed, the Court shall hold a final hearing on March ___, 2010 at _____;

4. **IF NO OPPOSITIONS ARE FILED BY THE OBJECTION DEADLINE, AN ORDER GRANTING THE ABOVE REQUESTED RELIEF MAY BE ENTERED BY THE UNITED STATES BANKRUPTCY COURT WITHOUT FURTHER NOTICE OR HEARING,** pursuant to 11 U.S.C. § 102(1)(B)(i);

5. To the extent relief is granted herein, any stay of that relief pursuant to Bankruptcy Rule 6004(h) or otherwise is hereby waived, and this Order shall be effectively immediately; and

6. Payments authorized by this order are not exempt from subsequent operation of Sections 547, 548, 549 and 550 of the Bankruptcy Code.

…

…

…

…

…

…

101900-001/773029_2

- 4 -

**IT IS SO ORDERED.**


PREPARED AND SUBMITTED:

GORDON SILVER

By: _____
    GERALD M. GORDON, ESQ.
    GREGORY E. GARMAN, ESQ.
    TALITHA B. GRAY, ESQ.
    3960 Howard Hughes Parkway, 9th Floor
    Las Vegas, Nevada 89169
    [Proposed] Attorneys for Debtors

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ I have certified that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###

- 5 -

101900-001/773029_2