GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtors

E-Filed On 3-2-10

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

BLACK GAMING, LLC

☐ Affects this Debtor.
☒ Affects all Debtors.
☐ Affects VIRGIN RIVER CASINO CORPORATION
☐ Affects B & BB, INC.
☐ Affects R. BLACK, INC.
☐ Affects RBG, LLC
☐ Affects CASABLANCA RESORTS, LLC
☐ Affects OASIS INTERVAL OWNERSHIP, LLC
☐ Affects OASIS INTERVAL MANAGEMENT, LLC
☐ Affects OASIS RECREATIONAL PROPERTIES, INC.

Case No.: BK10-13301-BAM;  Chapter 11
Jointly Administered with:

| | |
|---|---|
| 10-13303 | Virgin River Casino Corporation |
| 10-13305 | B & BB, Inc. |
| 10-13306 | R. Black, Inc. |
| 10-13307 | RBG, LLC |
| 10-13309 | Casablanca Resorts, LLC |
| 10-13310 | Oasis Interval Ownership, LLC |
| 10-13311 | Oasis Interval Management, LLC |
| 10-13312 | Oasis Recreational Properties, Inc. |

Date: March 3, 2010
Time: 9:30 a.m.

**AGENDA FOR MARCH 3, 2010, 9:30 A.M. HEARINGS RE: DEBTORS' FIRST DAY MOTIONS AND APPLICATIONS**

**Dkt No.[1]**

1.  7   Emergency Motion For Order Directing Joint Administration Of The Debtors' Chapter 11 Cases Under Federal Rule Of Bankruptcy Procedure 1015(b)

   18   Supported by the Omnibus Declaration Of Sean P. McKay In Support Of Debtors' First Day Motions (the "Omnibus Declaration")

---

[1] All docket numbers shall refer to the docket in case number 10-13301-bam.

1

101900-001/849887

| | | |
|---|---|---|
| 2. | 12 | Application For Order Authorizing The Employment Of Kurtzman Carson Consultants LLC As Claims And Noticing Agent For Debtors |
| | 14 and 18 | Supported by the (1) Declaration Of Albert Kass In Support Of Application For Order Authorizing The Employment Of Kurtzman Carson Consultants LLC As Claims And Noticing Agent For Debtors, and (2) Omnibus Declaration |
| 3. | 11 and 13 | Emergency Motion for Interim Approval of Stipulation Authorizing Use Of Cash Collateral By Debtors And Granting Adequate Protection And Scheduling A Final Hearing To Approve Stipulation Authorizing Use Of Cash Collateral by Debtors |
| | 18 | Supported by the Omnibus Declaration |
| 4. | 15 | Emergency Application For Order Authorizing Maintenance Of Prepetition Cash Management System And Maintenance of Prepetition Bank Accounts |
| | 16 and 18 | Supported by the (1) Declaration Of Sean P. McKay In Support Of The Emergency Application For Order Authorizing Maintenance Of Prepetition Cash Management System And Maintenance of Prepetition Bank Accounts, and (2) the Omnibus Declaration |
| 5. | 17 | Emergency Motion For Order (I) Authorizing Debtors To Pay Wages, Salaries, Benefits, Reimbursable Business Expenses And Other Employee Obligations, And (II) Authorizing And Directing Financial Institutions To Honor And Process Checks And Transfers Related To Such Obligations |
| | 18 | Supported by the Omnibus Declaration |
| 6. | 19 | Emergency Application For Order Permitting Debtors To Honor Hotel Room And Other Customer Deposits And To Honor Travel Agent Commissions |
| | 18 | Supported by the Omnibus Declaration |
| 7. | 21 | Emergency Motion For Order Authorizing The Debtors To Honor Casino Chips And Other Gaming Liabilities |
| | 18 | Supported by the Omnibus Declaration |

101900-001/849887

2

| | | |
|---|---|---|
| **8.** | 20 | Emergency Motion For An Order: (I) Allowing Administrative Expense Status For Goods Received Within The Twenty Day Period Before The Petition Date, And (II) Authorizing, But Not Directing, The Debtors To Pay Such Obligations |
| | 18 | Supported by the Omnibus Declaration |
| **9.** | 26 | Emergency Motion Pursuant To 11 U.S.C. §§ 105(a) And 366 For An Order Determining That Adequate Assurance Has Benn Provided to Utility Companies |
| | 18 | Supported by the Omnibus Declaration |
| **10.** | 27 | Emergency Motion For Order Authorizing Debtors To Pay Pre-Petition Taxes And Fees Pursuant To 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), And 541(d) |
| | 18 | Supported by the Omnibus Declaration |
| **11.** | 25 | Emergency Application For Order Limiting Notice Pursuant To Bankruptcy Rule 2002(m) and (l) |
| | 18 | Supported by the Omnibus Declaration |

DATED this 2nd day of March, 2010.

GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
[Proposed] Attorneys for Debtors

101900-001/849887

3